UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| COPIER AUDIT, LLC, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:16-CV-00640 (SRU) |
| v. | : | |
| WESTERN CONNECTICUT HEALTH NETWORK, INC., | : | |
| Defendant. | : | OCTOBER 2, 2017 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby notify the Court that all claims raised by Plaintiff, which arise out of the facts as alleged in the Complaint, against Defendant, Western Connecticut Health Network, Inc., are dismissed with prejudice. Each party will bear their respective attorneys' fees, and there will be no award of interest or costs.

Plaintiff

By /s/ Daniel E. Casagrande        Date:   October 2, 2017
   Daniel E. Casagrande
   Federal Bar No. ct01795
   Cramer & Anderson, LLP
   30 Main Street, Suite 204
   Danbury, CT 06810
   Phone: (203) 744-1234
   Fax: (203) 730-2500
   dcasagrande@crameranderson.com

Defendant

By /s/ Timothy A. Diemand        Date:   October 2, 2017
   Timothy A. Diemand
   Federal Bar No. ct18075
   Wiggin and Dana, LLP
   20 Church Street
   Hartford, CT 06103
   Phone: (860) 297-3700
   Facsimile: (860) 525-9380
   tdiemand@wiggin.com